**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

August 5, 2009

Clerk, U.S. Bankruptcy Court

RE: John C. & Rebecca H. Darhower Jr.
    Bankruptcy Case No.  1-05-00780
    Unclaimed Funds For: Wells Fargo Bank Nevada
                        PO Box 9210
                        Des Moines IA 50306

Dear Clerk:

Enclosed herewith please find check No.748749 for $1,136.66 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager